

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00154-CR

Sallia **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7767
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  August 19, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish